IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| BRENDA K. MONK, )<br>    *(E.R.M., child)*, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>    Commissioner of Social Security, )<br>)<br>    Defendant. | Case No. 4:07CV00003<br><br>**ORDER**<br><br>By: Jackson L. Kiser<br>    Senior United States District Judge |

Before me is the *Report and Recommendation* of the United States Magistrate Judge and the Plaintiff's *Objections*. For the reasons stated in the accompanying *Memorandum Opinion*, I **ADOPT** the Magistrate Judge's *Report and Recommendation*, **OVERRULE** the Plaintiff's *Objections*, and **GRANT** the Defendant's *Motion for Summary Judgment*. Accordingly, this case will be **DISMISSED** from the active docket of this Court.

The Clerk is directed to send certified copies of this *Order* and the accompanying *Memorandum Opinion* to all counsel of record and to the Plaintiff.

Entered this 6th day of November, 2007.

                                                                  s/Jackson L. Kiser
                                                                  Senior United States District Judge